UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard S. Hoffman, Jr., Esq. (#RH-9353)
HOFFMAN DiMUZIO
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 694-3939
Attorneys for Debtor(s)

Order Filed on October 2, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

JERRY E. CASEY

Case No.: 18-12848

Chapter: 13

Judge: JNP

# ORDER AUTHORIZING RETENTION OF

Donald Caruthers, III, Esquire

The relief set forth on the following page is **ORDERED**.

**DATED: October 2, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  Donald Caruthers, III, Esquire
as  Special Counsel , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Hoffman DiMuzio
   515 Woodbury-Glassboro Road
   Sewell, NJ  08080

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*