Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-12848 (JNP)**

Jerry E. Casey  
114 Mitchell Avenue  
Runnemede, NJ  08078

Monthly Payment: $200.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2020 | $635.00 | 03/02/2020 | $370.00 | 03/09/2020 | $250.00 | 03/16/2020 | $550.00 |
| 03/18/2020 | $100.00 | 04/20/2020 | $135.00 | 04/21/2020 | $500.00 | 05/18/2020 | $635.00 |
| 07/20/2020 | $500.00 | 08/04/2020 | $300.00 | 08/11/2020 | $300.00 | 08/18/2020 | $400.00 |
| 08/25/2020 | $400.00 | 12/02/2020 | $200.00 | 12/22/2020 | $200.00 | 12/23/2020 | $200.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JERRY E. CASEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $3,210.00 | $3,210.00 | $0.00 | $194.05 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $1,500.00 | $183.20 | $1,316.80 | $0.00 |
| 1 | MIDLAND FUNDING, LLC | 33 | $1,124.07 | $0.00 | $1,124.07 | $0.00 |
| 2 | LAKEVIEW LOAN SERVICING, LLC | 24 | $12,070.81 | $12,070.81 | $0.00 | $6,223.26 |
| 3 | CREDIT COLLECTION SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DRIVE NJ INSURANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | HALSTEAD FINANCIAL SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | LAKEVIEW LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MABT/CONTFIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND FUNDING, LLC | 33 | $1,223.55 | $0.00 | $1,223.55 | $0.00 |
| 10 | NEW CENTURY FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | OLIPHANT FINANCIAL, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PLAIN GREEN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PROGRESSIVE ADVANCED INS. CO. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | RANCOCAS ANESTHESIOLOGY, P.A. | 33 | $715.40 | $0.00 | $715.40 | $0.00 |
| 16 | REMEX, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SECRETARY OF HOUSING AND URBAN DEVELOPME | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SHAUN FAGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ANDREW SKLAR, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STERN, LAVINTHAL & FRANKENBERG, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | THE SWISS COLONY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | THE RECEIVABLE MGMT SVCS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | AMERICAN INFOSOURCE, LP | 33 | $108.22 | $0.00 | $108.22 | $0.00 |
| 26 | WEBBANK/FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | MIDLAND FUNDING, LLC | 33 | $698.43 | $0.00 | $698.43 | $0.00 |
| 30 | RANCOCAS ANESTHESIOLOGY, P.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2018 | 31.00 | $0.00 |
| 10/01/2020 | Paid to Date | $16,605.00 |
| 11/01/2020 | 28.00 | $200.00 |
| 03/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,675.00 |
| Total paid to creditors this period: | $6,417.31 |
| Undistributed Funds on Hand: | $366.40 |
| Arrearages: | ($200.00) |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**